UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD HOWARD, | ) Case No. CV 08-4135 MWF(JC) |
| Petitioner, | ) ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| T. FELKER, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation with one non-material update. The citation in footnote 14 on page 29 of the Report and Recommendation to People v. Siackasorn, 211 Cal. App. 4th 909 (2012), petition for review pending, is updated to reflect that the California Supreme Court granted review on March 20, 2013, 154 Cal. Rptr. 3d 73 (Cal. Mar. 20, 2013) (No. S207973).

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2  Report and Recommendation, and the Judgment herein on petitioner and counsel
3  for respondent.
4  LET JUDGMENT BE ENTERED ACCORDINGLY.
5
6  DATED: May 8, 2013
7
8  _____
9  HONORABLE MICHAEL W. FITZGERALD
   UNITED STATES DISTRICT COURT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28