UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGINALD HOWARD, | ) | Case No. CV 08-4135 MWF(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| T. FELKER, | ) | |
| Respondent. | ) | |

    Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: May 8, 2013

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT COURT JUDGE